UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TOMIKA DELAINE,<br><br>    Plaintiff,<br><br>v.<br><br>CARRABBA'S,<br><br>    Defendant. | Civil Action<br>File No.:    1:18-cv-1767 |

### NOTICE OF SETTLEMENT

COME NOW Plaintiff and Defendant, and by and through their counsel of record, and hereby notify the Court that the parties have reached a settlement in the above-styled case. The parties will submit a stipulation of dismissal once the settlement paperwork is finalized.

This 11st day of June, 2018.

Prepared and Consented to by:    /S/ROBERT A. LUSKIN_____
    Robert A. Luskin
    GA State Bar No. 004383
    rluskin@GM-LLP.com
    Goodman McGuffey LLP
    3340 Peachtree Road NE, Suite 2100
    Atlanta, GA 30326-1084
    (404) 264-1500 Phone
    (404) 264-1737 Fax
    *Attorneys for Defendant Carrabba's*

*Signatures Continued on Next Page*

Consented to by: /S/NATHAN J. WADE_____
Nathan J. Wade
GA State Bar No. 390947
(Signed by Robert A. Luskin with Express
 Permission
Wade & Bradley Firm
Suite 110
2000 Powers Ferry Road
Marietta, GA 30067
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TOMIKA DELAINE,<br><br>  Plaintiff,<br><br>v.<br><br>CARRABBA'S,<br><br>  Defendant. | Civil Action<br>File No.:   1:18-cv-1767 |

## CERTIFICATE OF SERVICE

This is to certify that I electronically filed this ***NOTICE OF SETTLEMENT*** with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

Nathan J. Wade, Esq.
Wade & Bradley Firm
2000 Powers Ferry Road, Suite 110
Marietta, GA 30067

This 11st day of June, 2018.

/S/Robert A. Luskin_____
ROBERT A. LUSKIN
GA State Bar No.  004383
rluskin@GM-LLP.com
Goodman McGuffey LLP
3340 Peachtree Road NE, Suite 2100
Atlanta, GA 30326-1084
(404) 264-1500 Phone
(404) 264-1737 Fax